# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-3185

_____

Robert William Avery

*Plaintiff - Appellant*

v.

Deputy Josh Hill, Jail Captain; Major Randall Denzer; Sheriff Tim Helder

*Defendants - Appellees*

John and Jane Doe, Classification Deputies

*Defendant*

Loyd Muggy, Substituted for John Doe Classification Deputy on 7/16/18

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: July 28, 2020
Filed: July 30, 2020
[Unpublished]

_____

Before KELLY, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Robert Avery appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. <u>See</u> <u>Whitson v. Stone Cty. Jail</u>, 602 F.3d 920, 923 (8th Cir. 2010) (standard of review). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

———————————————

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.